Nettie GLASS, Plaintiff/Respondent,

v.

SHELL OIL COMPANY,
Defendant/Appellant.

No. 63213.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 2, 1993.

Jennifer H. Fisher, St. Louis, for appellant.

James N. Guirl, II, St. Louis, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

In this jury-tried case, plaintiff-customer was awarded damages for injuries she received when she fell on some ice on defendant-owner's property. Owner appeals.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).